IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>DARIAN RAY THOMAS,<br><br>　　　　Defendant. | No. CR 09-0363 SBA<br><br>**ORDER VACATING PRE-TRIAL CONFERENCE AND SETTING STATUS HEARING** |

The Court has been advised by defense counsel that an acceptable plea agreement in this matter has been reached between the parties. Defense counsel requests that the pre-trial conference in this matter scheduled for March 2, 2010, be vacated. Pursuant to defense counsel's request,

IT IS HEREBY ORDERED THAT the pre-trial conference scheduled for March 2, 2010 at 11:00 a.m. is VACATED and a status hearing is SET for March 2, 2010, at 9:00 a.m..

IT IS SO ORDERED.

Dated: 3/1/10

　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge